COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Cause No.     01-10-00529-CV, *The Peterson Group, Inc., PGI Development Group, L.P., and Wellington Yu, Appellants v. PLTQ Lotus Group, L.P. and CUBO Group, L.L.C., Appellees*

On Appeal from the 152nd District Court of Harris County, Texas
Trial Court Cause No. 2006-36672

This case was submitted to the Court with oral argument on October 18, 2011. On October 20, 2011, the Court ordered the parties to mediation, and approximately one month later, the mediator informed the Court that the case had settled during mediation. On January 20, 2012, the parties filed a joint motion to abate the appeal for "240 days or until the parties jointly notify this Court that the obligations under the settlement agreement have been satisfied." This Court abated the appeal until September 17, 2012, to afford the parties an opportunity to effectuate the provisions of their settlement agreement.

On September 21, 2012, the parties filed a joint status update informing the Court that they have been unable to satisfy one or more of the settlement obligations and that there is a pending live controversy that has not yet been resolved through settlement.

Accordingly we **reinstate** this appeal on the Court's active docket.

Judge's signature:   /s/ Michael Massengale
                Justice Michael Massengale, acting individually

Date: October 3, 2012